IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:24cr421 |
| | ) | 18 U.S.C. § 922(o) |
| v. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| **ORLANIER COLON MENENDEZ** | ) | **INDICTMENT** |
| | ) | |

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about March 11, 2023, in the District of South Carolina, the Defendant, **ORLANIER COLON MENENDEZ**, did knowingly possess machineguns, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, machinegun conversion devices intended for use in converting a semiautomatic Glock pistol to fire automatically, and a Glock, model 21, .45 caliber pistol, that had been modified by the installation of a machinegun conversion device so that it was capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**RECEIVED**

MAY 28 2024

FLORENCE, S.C.

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Title 18, United States Code, Section 922(o) as charged in this Indictment, the Defendant, **ORLANIER COLON MENENDEZ.**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    (1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

Firearm:

(1) Glock, model 21, .45 caliber pistol with an extended magazine
Serial Number: BXAB872

(2) Gun conversion kit (installed in rear of Glock firearm)
Serial Number: None

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).



, True                    BILL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: _____ME_____ for
Scott R. Hixson (Fed ID # 12395)
Special Assistant United States Attorney
401 West Evans Street, Suite 222
Florence, South Carolina 29501
Tel: (843) 665-6688
Fax: (843) 678-8809
Email: Scott.Hixson@usdoj.gov