IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:  4:24-cr-421-JD |
| | ) | |
| vs. | ) | |
| | ) | |
| **ORLANIER COLON MENENDEZ** | ) | **ELEMENTS** |

## COUNT 1

1. That the defendant knowingly possessed a "machine gun," and

2. That the defendant knew, or was aware of, the essential characteristics of the firearm which made it a "machine gun" as defined by Section 921(a).

**PENALTIES**
FINE OF $ 250,000.00
IMPRISONMENT FOR  10 YEARS
SUPERVISED RELEASE OF     3     YR(S)
SPECIAL ASSESSMENT  $    100.00