UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. : 4:24-cr-00421-JD-1

**Orlanier Colon Menendez**

## PLEA

The Defendant, **Orlanier Colon Menendez**, having withdrawn his plea of Not Guilty entered 10/10/2024, pleads **GUILTY to Count One (1) of the Information** after arraignment in open court.

_____
(Signed) Defendant

Florence, South Carolina
October 10, 2024